Ricky HANDSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47345.

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Laura G. Martin, Asst. Appellant Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM:

Appeal from dismissal for untimely filing of Rule 24.035 postconviction motion.

The judgment of dismissal is affirmed. Rule 84.16(b).

Victoria D. BAER d/b/a The
Ole Corner, Appellant,

v.

SUPERVISOR OF LIQUOR
CONTROL, Respondent.

No. WD 47513.

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Carla G. Holste, Carson & Coil, P.C., Jefferson City, for appellant.

David J. Hansen, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

PER CURIAM:

## *ORDER*

Appellant appeals the affirmance by the circuit court of the decision of the Administrative Hearing Commission which found cause to discipline appellant's liquor-by-the-drink license for a violation of 11 C.S.R. 70–2.130(13)(A), and the order of the Supervisor of Liquor Control which revoked appellant's license for that violation.

The judgment is affirmed. **Rule 84.16(b).**